OPINION — AG — ** BOARD OF PUBLIC AFFAIRS — RENT — OFFICE SPACE ** THE OKLAHOMA PUBLIC WELFARE COMMISSION AND THE DEPARTMENT OF HUMAN SERVICES 'MUST' UTILIZE THE SERVICES OF THE OFFICE OF PUBLIC AFFAIRS IN MAKING ALL CONTRACTS FOR RENTAL OF BUILDINGS AND OFFICE SPACE AS REQUIRED BY 74 O.S. 63 [74-63] (RENTAL OF BUILDINGS, LEASE, ROOMS, CONTRACTS PURCHASING AGENT) CITE: OPINION NO. 84-066, OPINION NO. 83-199, 74 O.S. 85.4 [74-85.4], 74 O.S. 85.5 [74-85.5] [74-85.5] (JOHN D. ROTHMAN)